Marion I. Quesenbery, Cal. SBN 072308
Bart M. Botta, Cal SBN 167051
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:  (510) 705-8894
Facsimile:  (510) 705-8737
E-mail:  marion@rjlaw.com

Attorneys for Plaintiff
DOBLER & SONS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOBLER & SONS, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     v.<br><br>FRESH 'N HEALTHY, INC., *et al.*,<br><br>            Defendants. | **CASE NO.  C 08-00113 RS**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Court Rule 6-1(a), Plaintiff and Defendant Mark McCormick stipulate and agree that Defendant Mark McCormick may have to and including March 13, 2008, to file a response to Plaintiff's First Amended Complaint.

Date:  February 12, 2008                              RYNN & JANOWSKY, LLP


                                                      By:     /s/ Marion I. Quesenbery
                                                              MARION I. QUESENBERY
                                                              Attorneys for Plaintiff
                                                              DOBLER & SONS, LLC

Stipulation to Extend Time to Respond to 1st Amended Complaint
Case No. C 08-00113 RS – Page 1

1 | Date: February 13 2008          BETTS & WRIGHT

2

3                                   By: _____
                                        JAMES B. BETTS
4                                       Betts & Wright
                                        Attorneys at Law
5                                       P.O. Box 28550
                                        Fresno, CA 93729
6                                       Telephone: (559) 438-8500
                                        Fax: (559) 438-6959
7
                                        Attorneys for Defendant
8                                       MARK MCCORMICK

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Stipulation to Extend Time to Respond to 1st Amended Complaint
Case No. C 08-00113 RS – Page 2