1  Marion I. Quesenbery, Cal. SBN 072308
   Bart M. Botta, Cal SBN 167051
2  RYNN & JANOWSKY, LLP
   P.O. Box 20799
3  Oakland, CA  94620
   Telephone:  (510) 705-8894
4  Facsimile:  (510) 705-8737
   E-mail:  marion@rjlaw.com
5
   Attorneys for Plaintiff
6  DOBLER & SONS, LLC

7                     UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   DOBLER & SONS, LLC, a California            **CASE NO.  C 08-00113 RS**
10 limited liability company,
                                               **[PROPOSED] ORDER RE:**
11              Plaintiff,                     **ADMINISTRATIVE MOTION**

12        v.

13 FRESH 'N HEALTHY, INC., a Delaware
   Corporation; MARK WILLIAMS, an
14 individual; JACK PARSON, an individual;
   MARK MCCORMICK, an individual;
15 STEVEN CINELLI, an individual; and
   PRESTWICK PARTNERS, LLC, a
16 California limited liability company,

17              Defendants.

18
         Upon consideration of Plaintiff Dobler & Sons, LLC's Administrative Motion To
19
   Consider Whether Cases Should Be Related And Assigned To Judge Fogel, and good cause
20
   appearing for approval of the Motion, it is:
21
         IT IS ORDERED that this action and ASA Farms, Inc., et al., v. Fresh 'N Healthy, Inc.,
22
   et al., Case No. C 08-00122 JF PVT are related.
23

24


Proposed Order
Case No. C 08-00113 RS – Page 1

1    IT IS FURTHER ORDERED that this action is reassigned to Judge Jeremy Fogel, and it
2 is consolidated for all purposes with <u>ASA Farms, Inc., et al., v. Fresh 'N Healthy, Inc., et al.</u>,
3 Case No. C 08-00122 JF PVT.
4 Date: March ___, 2008
                                                             _____
                                                             United States Magistrate Judge
5                                                            RICHARD SEEBORG
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24