1 | Marion I. Quesenbery, Cal. SBN 072308
Bart M. Botta, Cal SBN 167051
2 | RYNN & JANOWSKY, LLP
P.O. Box 20799
3 | Oakland, CA 94620
Telephone: (510) 705-8894
4 | Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiff
DOBLER & SONS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOBLER & SONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware Corporation; MARK WILLIAMS, an individual; JACK PARSON, an individual; MARK MCCORMICK, an individual; STEVEN CINELLI, an individual; and PRESTWICK PARTNERS, LLC, a California limited liability company,<br><br>Defendants. | **CASE NO. C 08-00113 RS**<br><br>**NOTICE RE FILING OF BANKRUPTCY CASE BY DEFENDANT FRESH 'N HEALTHY, INC.** |

On March 20, 2008, Defendant Fresh 'N Healthy, Inc. filed a chapter 7 bankruptcy case in the U.S. Bankruptcy Court, Northern District of California, Case No. 08-51326. A copy of the Notice of Chapter 7 Bankruptcy Case is attached as Exhibit A.

Date: April 9, 2008         RYNN & JANOWSKY, LLP


                            By:   /s/ Marion I. Quesenbery
                                  MARION I. QUESENBERY
                                  Attorneys for Plaintiff
                                  DOBLER & SONS, LLC

Notice of Filing of Bankruptcy Case, Case No. C 08-00113 RS – Page 1

**EXHIBIT A**

FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (12/07)     Case Number **08–51326 ASW 7**

## UNITED STATES BANKRUPTCY COURT
### Northern District of California (San Jose)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 3/20/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fresh 'n Healthy, Inc.
fdba Gilroy Machining, fdba Epicure Select, Inc.
c/o Bur Pilger Mayer
Attn: Russ Burbank
600 California St., #1300
San Francisco, CA 94108

| Case Number:<br>08–51326 | Taxpayer ID/Employer ID/Other Nos.:<br>20–5513379 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ivan Jen<br>Murray and Murray<br>19400 Stevens Creek Bl<br>Cupertino, CA 95014–2548<br>Telephone number: (408)907–9200 | Bankruptcy Trustee (name and address):<br>Suzanne Decker<br>1271 Washington Ave. #318<br>San Leandro, CA 94577<br>Telephone number: (510) 483–4334 |

### Meeting of Creditors
Date: **April 24, 2008**      Time: **11:00 AM**
Location: **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408–535–5118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 3/21/08 |

## EXPLANATIONS

FORM B9B (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––