1  Marion I. Quesenbery, Cal. SBN 072308
   Bart M. Botta, Cal SBN 167051
2  RYNN & JANOWSKY, LLP
   P.O. Box 20799
3  Oakland, CA  94620
   Telephone:  (510) 705-8894
4  Facsimile:  (510) 705-8737
   E-mail:  marion@rjlaw.com
5
   Attorneys for Plaintiff
6  DOBLER & SONS, LLC

7              UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   | DOBLER & SONS, LLC, a California limited liability company, | **CASE NO.  C 08-00113 RS** |
   |---|---|
   | Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT JACK PARSON** |
   | v. | **[Fed. R. Civ. P. 41(a)(1)]** |
   | FRESH 'N HEALTHY, INC., a Delaware Corporation; MARK WILLIAMS, an individual; JACK PARSON, an individual; MARK MCCORMICK, an individual; STEVEN CINELLI, an individual; and PRESTWICK PARTNERS, LLC, a California limited liability company, | |
   | Defendants. | |

       Plaintiff Dobler & Sons, LLC and Defendant Jack Parson stipulate and agree through their respective counsel that the above-entitled action against Defendant Jack Parson may be

Stipulation for Dismissal of Defendant Jack Parson, Case No. C 08-00113 RS – Page 1

1  dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

2  Date:  April 30, 2008                          RYNN & JANOWSKY, LLP

3
                                                  By:    /s/ Marion I. Quesenbery
4                                                        MARION I. QUESENBERY
                                                         Attorneys for Plaintiff
5                                                        DOBLER & SONS, LLC

6  Date:  April __, 2008                          NOLAND, HAMERLY, ETIENNE & HOSS

7
                                                  By:    _____
8                                                        TERRENCE R. O'CONNOR
                                                         Attorneys for Defendant Jack Parson
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

2  Date: April 30, 2008					RYNN & JANOWSKY, LLP

3

4						By:	/s/ Marion I. Quesenbery
							MARION I. QUESENBERY
							Attorneys for Plaintiff
5							DOBLER & SONS, LLC

6  Date: April 30, 2008					NOLAND, HAMERLY, ETIENNE & HOSS

7

8						By:	_____
							TERRENCE R. O'CONNOR
9							Attorneys for Defendant Jack Parson

Stipulation for Dismissal of Defendant Jack Parson, Case No. C 08-00113 RS – Page 2