Marion I. Quesenbery, Cal. SBN 072308
Bart M. Botta, Cal SBN 167051
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
E-mail: marion@rjlaw.com

Attorneys for Plaintiff
DOBLER & SONS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOBLER & SONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FRESH 'N HEALTHY, INC., a Delaware Corporation; MARK WILLIAMS, an individual; JACK PARSON, an individual; MARK MCCORMICK, an individual; STEVEN CINELLI, an individual; and PRESTWICK PARTNERS, LLC, a California limited liability company,<br><br>Defendants. | **CASE NO. C 08-00113 RS**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)] |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Proc. 41(a), Plaintiff Dobler & Sons, LLC voluntarily dismisses the above captioned action in its entirety,[1] without prejudice.

Date: May 7, 2008          RYNN & JANOWSKY, LLP

                           By:  /s/ Marion I. Quesenbery
                                MARION I. QUESENBERY
                                Attorneys for Plaintiff
                                DOBLER & SONS, LLC

---

[1] Plaintiff has also filed a Stipulation for the Dismissal of Defendant Jack Parson, the only Defendant that filed a response to Plaintiff's Complaint.

Notice of Voluntary Dismissal Without Prejudice, Case No. C 08-00113 RS – Page 1